City of Chicago, Appellee, v. Ray Sayer, Appellant.
City of Chicago, Appellee, v. Theodore Thomson, Appellant.
People of State of Illinois, Appellee, v. Ray Sayers, Appellant.
People of State of Illinois, Appellee, v. Theodore Thompson, Appellant.

Gen. Nos. 43,804–43,806.

opinion filed December 31, 1946; rehearing denied January 14, 1947; released for publication January 15, 1947. Robert Bachrach and Harold Marovitz, for appellants; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Head of Appeals and Review Division, A. A. Pantelis and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

---

* See Callaghan's Illinois Digest, same topic and section number.